UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KELVIN GENTRY**                                                               **PLAINTIFF**

v.                      No. 3:16-CV-00292-JTR

**NANCY A. BERRYHILL,**
Acting Commissioner,
**Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 8th day of December, 2017.

                                                        _____
                                                        UNITED STATES MAGISTRATE JUDGE